RICHARDSON v. A. C. BOSSELMAN & CO. et al.

(Circuit Court, S. D. New York. June 10, 1907.)

COPYRIGHTS (§ 70*)—ACTION TO RECOVER PENALTIES FOR INFRINGEMENT—PRO-
CEDURE.

A writ of seizure issued in, or preliminary to, an action under Rev.
St. § 4965 (U. S. Comp. St. 1901, p. 3414), to recover the penalty prescrib-
ed thereby for each copy of an infringing copyrighted publication found
in the possession of the infringer is not strictly a writ of replevin, but
only in the nature of such writ, and is not to be rendered inoperative by
the technical provisions of a state statute.

[Ed. Note.—For other cases, see Copyrights, Dec. Dig. § 70.*]

On Motion to Vacate Writ and to Set Aside Service.

Philip J. McCork, for plaintiff.
Rudolph Marks, for defendants.

LACOMBE, Circuit Judge. The motion to vacate writ and set
aside service is denied. Although "in the nature of replevin," it is not
strictly a writ of replevin, and not to be rendered inoperative by the
technical provision of state practice. See American Tobacco Co. v.
Werckmeister, 146 Fed. 375, 76 C. C. A. 647.